UNITED STATES DISTRICT COURT                                       JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **ED CV 16-1177-JFW (DTBx)**                              Date: July 12, 2016

Title:   Ramona Keedi -v- Acceptance Insurance Agency of Tennessee, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
               None                                                            None

**PROCEEDINGS (IN CHAMBERS):**       ORDER DISMISSING ACTION

On July 6, 2016, the Court ordered Plaintiff Ramona Keedi's counsel to show cause, in writing, no later than July 11, 2016, why sanctions should not be imposed in the amount of $1,500 and/or this action dismissed for failure to participate in the Rule 26(f) Conference. The Court expressly warned that failure to respond to the Order to Show Cause would result in the dismissal of this action. As of the date of this Order, Plaintiff's counsel has failed to respond to the Court's Order to Show Cause. Accordingly, this action is dismissed.

IT IS SO ORDERED.